# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 95-3849

_____

|                                   |     |                          |
|-----------------------------------|-----|--------------------------|
| James Santa,                      | *   |                          |
|                                   | *   |                          |
| Appellant,                        | *   |                          |
|                                   | *   | Appeal from the United States |
| v.                                | *   | District Court for the   |
|                                   | *   | District of Minnesota.   |
| Shirley S. Chater, Commissioner   | *   |                          |
| of Social Security,               | *   | [UNPUBLISHED]            |
|                                   | *   |                          |
| Appellee.                         | *   |                          |

_____

Submitted: March 7, 1997
Filed: August 27, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.


James Santa appeals the district court's[1] decision granting summary judgment to the Commissioner, and affirming the Commissioner's determination that Santa's retirement benefits are subject to the Windfall Elimination Provision (WEP) of the

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

Social Security Act, 42 U.S.C. § 415(a)(7).  Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court on the basis of the reasons set forth in the magistrate judge's report.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.